IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO.: 23—10425DD

SYLVAN PLOWRIGHT
    Plaintiff,

v.

MIAMI-DADE COUNTY,
A Political subdivision of the
State of Florida and ALFREDO RAMIREZ III,
CHIEF MDPD, officers
L. RONDON and A. CORDOVA
    Defendants.
_____/

## MOTION TO FILE CIVIL APPEAL STATEMENT

    COMES NOW the appellant, by and through the undersigned counsel, and files this Motion To File Civil Appeal Statement out of time and would state as grounds therefore the following:

1. The undersigned counsel received approval of his admission application February 24, 2023.
2. The fees for admission were paid today by the undersigned.
3. The Civil Appeal Statement and Certificate of Interested Parties are attached to be filed today.

    WHERFORE the undersigned counsel request permission to file the above mentioned documents out of turn.

CERTIFICATE OF SERVICE

I hereby certify that on this FEBRUARY 28 2023 I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record for service via transmission of Notices of Electronic filing generated by CM/ECF.

/s/ William C. Robinson

WILLIAM C. ROBINSON, ESQ
Florida Bar No: 386847
Attorney for Plaintiff
P. O. Box 61075
North Miami, FL 33261
Tel: 305-454-9632
Fax: 786-520-3972
E-mail:

# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT (CIP)

PLOWRIGHT vs. MIAMI DADE    Appeal No. 23-10425

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed.  Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court.  **You may use this form to fulfill these requirements.**  In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

*(please type or print legibly)*:

SYLVAN PLOWRIGHT

WILLIAM C ROBINSON

ERICA ZARON

MIAMI DADE COUNTY

JUDGE K M MOORE

Rev.: 12/20

Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.  Attach additional pages if necessary.*

11th Circuit Docket Number: 2 3 - 1 0 4 2 5 D D

Caption:
PLOWRIGHT

V.

MIAMI DADE

District and Division: SOUTHERN DIST. FLORIDA
Name of Judge: K. M MOORE

Nature of Suit: ☐ CIVIL RIGHTS
Date Complaint Filed: 1/17/22
District Court Docket Number: 22-CV-20203
Date Notice of Appeal Filed: 2 / 8 / 23
☐ Cross Appeal   ☐ Class Action

Has this matter previously been before this court?
☐ Yes   XX No
If Yes, provide
(a)  Caption: _____
(b)  Citation: _____
(c)  Docket Number: _____

**Attorney Name** — **Mailing Address** — **Telephone, Fax, Email**

For Appellant:
XXX Plaintiff  WILLIAM C ROBINSON P.O BOX 610575 N MIAMI FLA 33261
3054549632  Robinsonwilliam8@gmail.com
☐ Defendant
☐ Other (Specify)

For Appellee: ERICA S. ZARON 111 NW 1ST ST MIAMI FLA 33130
3053755151  ERICA.ZARON@MIAMIDADE.GOV
☐ Plaintiff
☒ Defendant
☐ Other (Specify)

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☒ XX Federal Question | ☐ Final Judgment, 28 USC 1291 | ☒ XXX Dismissal/Jurisdiction | Amount Sought by Plaintiff: $200K |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $ |
| ☐ US Plaintiff | | ☐ Summary Judgment | |
| ☐ US Defendant | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Judgment/Bench Trial | Awarded: ☐ |
| | ☒ XX Interlocutory Order, Qualified Immunity | ☐ Judgment/Jury Verdict | |
| | | ☐ Judgment/Directed Verdict/NOV | Injunctions: ☐ TRO |
| | ☐ Final Agency Action (Review) | ☐ Injunction | ☐ Preliminary  ☐ Granted |
| | ☐ 54(b) | ☐ Other _____ | ☐ Permanent  ☐ Denied |

Page 2                          11th Circuit Docket Number: _____

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☒ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☐ Yes ☒ No

If Yes, provide
(a) Case Name/Statute _____
(b) Citation _____
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☒ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☒ No

If Yes, provide
(a) Case Name _____
(b) Citation _____
(c) Docket Number if unreported _____
(d) Court or Agency _____

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☒ No
(b) Among circuits? ☐ Yes ☒ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Qualified and Sovereign Immunity
Implementation of Trainings By government.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 28 DAY OF FEB 2023.

William C. Robinson
NAME OF COUNSEL (Print)                        SIGNATURE OF COUNSEL