Rev. 4/18

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT
### CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 2 3 - 1 0 4 2 5 D D

**Caption:**
PLOWRIGHT

V.

MIAMI DADE

District and Division: SOUTHERN DIST. FLORIDA
Name of Judge: K. M MOORE

Nature of Suit: ☐ CIVIL RIGHTS
Date Complaint Filed: 1/17/22
District Court Docket Number: 22-CV-20203
Date Notice of Appeal Filed: 2 / 8 / 23
☐ Cross Appeal  ☐ Class Action

Has this matter previously been before this court?
☐ Yes  XX No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

| Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|

**For Appellant:**
XXX Plaintiff WILLIAM C ROBINSON P.O BOX 610575 N MIAMI FLA 33261
3054549632 Robinsonwilliam8@gmail.com
☐ Defendant
☐ Other (Specify)

**For Appellee:** ERICA S. ZARON 111 NW 1ST ST MIAMI FLA 33130
3053755151 ERICA.ZARON@MIAMIDADE.GOV
☐ Plaintiff
☒ Defendant
☐ Other (Specify)

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☒ XX Federal Question | ☐ Final Judgment, 28 USC 1291 | ☒ XXX Dismissal/Jurisdiction | Amount Sought by Plaintiff: $200K |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $ |
| ☐ US Plaintiff | | ☐ Summary Judgment | |
| ☐ US Defendant | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Judgment/Bench Trial | Awarded: |
| | ☒ XX Interlocutory Order, Qualified Immunity | ☐ Judgment/Jury Verdict | |
| | | ☐ Judgment/Directed Verdict/NOV | Injunctions: ☐ TRO |
| | ☐ Final Agency Action (Review) | ☐ Injunction | ☐ Preliminary  ☐ Granted |
| | ☐ 54(b) | ☐ Other _____ | ☐ Permanent  ☐ Denied |

Page 2

11th Circuit Docket Number: _____

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☒ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☐ Yes ☒ No

If Yes, provide
(a) Case Name/Statute _____
(b) Citation _____
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☒ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☒ No

If Yes, provide
(a) Case Name _____
(b) Citation _____
(c) Docket Number if unreported _____
(d) Court or Agency _____

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☒ No
(b) Among circuits? ☐ Yes ☒ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:
Qualified and Sovereign Immunity
Implementation of Training By Government.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 28 DAY OF FEB 2023.

William C. Robinson
NAME OF COUNSEL (Print)

[signature]
SIGNATURE OF COUNSEL